**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Angelo SHERMAN, a/k/a Angel
Sherman, a/k/a Rodney Lamar
Gibbs, Defendant—Appellant.**

**No. 07–6149.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 6, 2007.

Angelo Sherman, Appellant Pro Se. Brent Alan Gray, Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo Sherman appeals the district court's oral order denying his Fed. R.Crim.P. 35 motion for a reduction of his sentence. We have reviewed the record and find that the district court lacked jurisdiction to entertain the motion. *See* Fed.R.Crim.P. 35. We therefore affirm the denial of relief on that ground. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*